

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2017

No. 04-16-00720-CV

Marie Christina **PACHECO**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV04868
Honorable Jason Wolff, Judge Presiding

# O R D E R

Appellant's brief was due on December 30, 2016. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER Appellant Marie Christina Pacheco to file, on or before **February 9, 2017**, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by her failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court